UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-2940 PAM/RLE

| | |
|---|---|
| JAMES PARKHURST, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: February 11, 2008

    s/Paul A. Magnuson
PAUL A. MAGNUSON, Judge
United States District Court